# EXHIBIT B

Registration Number

# *-APPLICATION-*

## Title
    **Title of Work:** Bob Guccione, Jr.

## Completion/Publication
    **Year of Completion:** 1985

## Author

- **Author:** Fran Janik
- **Author Created:** photograph
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright Claimant
    **Copyright Claimant:** Fran Janik
    501 Melis Road, PO Box 181, Jamaica, VT, 05343, United States

## Certification
    **Name:** Richard Liebowitz
    **Date:** December 16, 2015