# EXHIBIT F

the Frisky

NEWS   ENTERTAINMENT   LOVE & SEX   STYLE   MIND & BODY

SWIPE LEFT: Tinder Dirtbag Scammed Women For $26,000 With Fake Cancer Claims

Robyn Pennacchia  @robynelyse | February 18, 2016 | 11:00 am

✉ EMAIL   f SHARE   🐦 TWEET   📌 PIN IT   REDDIT

SWIPE LEFT

CREDIT: NYPost

*HOT* ONLINE DATING TIP! If you swipe right on someone on Tinder, or otherwise chat up a potential love interest online, and then said potential love interest starts trying to get you to loan them money for their sister's cancer treatments, that person *probably* doesn't so much want to fall in love with you as much as take your money.

Such was the case with Brandon Kiehm, an NYC dogwalker, who made up a fake profile for the purposes of swindling ladies out of their hard-earned cash with his tales of woe. Kiehm posed as Tristan Acocella, a 35-year-old Goldman Sachs banker who was selflessly trying to take care of a sister with cancer.

After meeting one woman in July of 2014 and "dating" her for three months, Kiehm told her his wallet had been stolen – which was a problem, because he needed to pay for his sister's cancer treatments. Said woman lent him $14,000, in exchange for which he gave her a bad check.

Can You Guess These Celebs' Pet Peeves?

Allvoices
WRITE FOR THE WORLD'S TOP BRANDS
JOIN TODAY

SIMPLY IRRESISTIBLE

STRANGE SECRETS THE OSBOURNE FAMILY TRIED TO HIDE

MALIA OBAMA GETS WILD AT LOLLAPALOOZA IN SURPRISING VIDEO

12 CELEBRITIES WHO HAVE LEFT

THE SKETCHY DOUBLE LIFE OF