USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-20-17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRAN JANIK, ET AL.,

          Plaintiffs,

- against -

SPIN MEDIA LLC,

          Defendant.

16-cv-7308 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

The plaintiffs have shown that they are entitled to a Default Judgment against the defendant. The Court will refer the matter to the Magistrate Judge for an inquest on damages.

SO ORDERED.

Dated:   New York, New York
        January 19, 2017

                                  John G. Koeltl
                            United States District Judge

1