```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 1-20-17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
FRAN JANIK, ET AL.,

                Plaintiffs

   - against –

SPIN MEDIA, LLC,

                Defendants.
-------------------------------------------------------------- X
JOHN G. KOELTL, District Judge:

16-cv-7308

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the designated Magistrate Judge for the following purpose:

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is:_____

\_\_ Settlement*

_X_ Inquest After Default/Damages Hearing

\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_ Habeas Corpus

\_\_ Social Security

\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions:\_\_\_\_

SO ORDERED.

DATED: New York, New York
          January 19, 2017

/s/ John G. Koeltl
John G. Koeltl
United States District Judge

* Do not check if already referred for general pretrial.