UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FRAN JANILK, et al.,

          :     16 Civ. 7308 (JGK)(AJP)

      Plaintiffs,

  -against-     ORDER

SPIN MEDIA LLC

      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ANDREW J. PECK, United States Magistrate Judge:**

      Plaintiffs are to file their inquest damages papers (brief, affidavits, etc.), including for attorneys' fees, by February 6, 2017. Defendant's opposition papers are due fourteen days after plaintiffs' submission.

      The Court notes that it finds plaintiffs' existing brief (Dkt. No. 12) insufficient to support plaintiffs' inquest damages claim.

      Plaintiffs are to serve this Order on Spin Media and file proof of service.

      SO ORDERED.

Dated:     New York, New York
           January 23, 2017

                                              **Andrew J. Peck**
                                              United States Magistrate Judge

Copies **by ECF** to:     All Counsel
                       Judge Koeltl