UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

FRAN JANIK and STEVEN HIRSCH,

                 *Plaintiffs*,

vs.

SPIN MEDIA LLC

                 *Defendants.*
-----------------------------------------------------------x

: Index No. 16-cv-073084-(JGK)

: ECF Case

: NOTICE OF MOTION FOR
: DEFAULT JUDGMENT

## NOTICE OF MOTION

Pursuant to Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2(b) Plaintiffs Fran Janik and Steven Hirsch herby moves the Court for default judgment against Defendant Spin Media LLC. In furtherance of this motion for default judgment in accordance to 17 U.S.C. §501, et seq., Plaintiffs request (1) statutory damages in the amount of $190,000; (2) statutory damages in the amount of $25,000 for violation of DMCA Section 1202(b), (3) attorney's fees and costs.

This motion is supported by the Memorandum of Law, a proposed default judgment order, copies of pleadings, a Certificate of Default from the Clerk of Court.

Dated: Valley Stream, New York
       December 12, 2016

LIEBOWITZ LAW FIRM, PLLC

By:  /s/Yekaterina Tsyvkin

     Yekaterina Tsyvkin

Richard P. Liebowitz
Liebowitz Law Firm PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

**MEMO ENDORSED** 2/24/17

DENIED w/o prejudice for the reasons discussed at party's conference.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge



*Attorney for Plaintiffs*