# EXHIBIT C

METRO

# Jerk faked family's cancer to get $26K from women on Tinder

By Rebecca Rosenberg                                February 16, 2016 | 7:45pm



Brandon Kiehm is accused of stealing thousands of dollars from woman he met on Tinder.
Steven Hirsch

They should have swiped left.

An online Romeo was busted for ripping off two women he met on the online hookup site Tinder to the tune of $26,000 — falsely telling them that he needed the cash to pay for the cancer treatment of two gravely ill relatives, Manhattan prosecutors said Tuesday.

Brandon Kiehm, 35, met one victim on the dating site last August and allegedly claimed he worked in the financial industry.



or his sister's cancer

the prosecutor said.

Only a few months later, he persuaded a second victim he met on Tinder to cough up $12,000 using the same scheme, court records show.

"One of the victims is actually a survivor of cancer herself which helped the defendant with the deceit," the prosecutor said Tuesday in Manhattan Supreme Court.

Kiehm also allegedly swindled $13,000 from a man who formerly employed him as a dog walker. He swiped his debit card and used it to set up a Venmo account — an electronic payment service — and made thousands worth of transactions, prosecutors said.

He pleaded not guilty to grand larceny, identity theft and scheme to defraud.

This isn't the first time Kiehm has found himself on the wrong side of the law. He was busted in 2010 for allegedly breaking into lockers at Manhattan Equinox gyms and making off with iPhones, laptops and credit cards.

On Tuesday, Justice Michael Sonberg released Kiehm without bail.

"The classic dating scams of yesteryear appear to be thriving online," said District Attorney Cy Vance in a statement.

"My Office is seeing an increase in the number of scammers targeting singles online. I urge New Yorkers to be on alert when using these applications, and to be wary of those who would take advantage of personal relationships for financial gain."

FILED UNDER   MANHATTAN SUPREME COURT, SCAMS, TINDER

Recommended by