UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

| | | |
|---|---|---|
| FRAN JANIK, et al., | : | |
| Plaintiffs, | : | 16 Civ. 7308 (JGK) (AJP) |
| -against- | : | **ORDER** |
| SMG MEDIA, INC., | : | |
| Defendant. | : | |

------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

The Court will hold a discovery conference in this matter on Monday, May 8, 2017 at 2:30 PM in Courtroom 20D, 500 Pearl Street, to discuss the issues raised in Docket Number 38.

SO ORDERED.

DATED:   New York, New York
         May 5, 2017

_____
**Andrew J. Peck**
United States Magistrate Judge

Copies by ECF to:   All Counsel
                    Judge Koeltl