

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

J. Matthew Williams
(202) 355-7904 Phone
(202) 355-7984 Fax
mxw@msk.com

May 8, 2017

**BY ECF**

Hon. Andrew J. Peck
Magistrate Judge
United States District Court for the Southern
District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Janik v. SMG Media, Inc., No. 16-cv-7308 (JGK)(AJP) - Letter Opposing Plaintiffs' Request To Appear Telephonically At Pre-Motion Conference

Dear Judge Peck:

We are counsel for Defendant SMG Media, Inc. I write in response to Richard Liebowitz's letter of May 6, 2017. Although we would normally consent to such a request, Defendant opposes the request in this instance. I informed Mr. Liebowitz of our opposition before he submitted the letter, but he elected not to inform the Court of our opposition.

Despite his repeated promises to amend his clients' discovery responses and to produce documents, Plaintiffs have done neither. After the conference was scheduled, I once again offered to meet and confer with Mr. Liebowitz over the weekend and he has not responded. Accordingly, we are of the view that having counsel for both parties appear in person will be beneficial. If any issues remain for discussion after Your Honor addresses Defendant's Motion, meeting in person will likely prove more productive that doing so over the phone.

Respectfully submitted,

/s/J. Matthew Williams
A Professional Corporation of
MITCHELL SILBERBERG & KNUPP LLP

cc: Christine Lepera, Esq.
    Richard Liebowitz, Esq.