May 6, 2017

**VIA ECF**

Honorable Andrew J. Peck
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Janik et al. v. SMG Media, Inc. (1:16-cv-7308-JGK-AJP)*

Dear Judge Peck,

We represent Plaintiffs Francis Janik and Steven Hirsch, in the above matter. We respectfully request that Plaintiff's counsel appear via telephone for the discovery hearing set for Monday, May 8, 2017 at 2:30pm.

The Courts consideration is much appreciated.

Sincerely,

/s/Richard Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tele: 516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiffs*

**MEMO ENDORSED** 5/8/17
DENIED.

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

[handwritten notation: by ECF]

BY ECF