UNITED STATES DISTRICTCOURT
SOUTHERN DISTRICT OF NEW YORK

FRAN JANIK and STEVEN HIRSCH,

                Plaintiffs,

- against -

SMG MEDIA, INC.,

                Defendant.

16 Civ. 7308(JGK)(AJP)
**<u>PLAINTIFF'S AMENDED ANSWERS AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF</u>**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure ("Federal Rules"), and Rule 33.3 of the Local Rules of the United States District Court for the Southern District of New York ("Local Rules"), Plaintiff, Steven Hirsch, hereinafter referred to as Hirsch, under threat of penalty of perjury, hereby answers and objects to Defendant SMG Media, Inc., hereinafter SMG, First Set of Interrogatories dated March 24, 2017 (each, an "Interrogatory" and collectively, the "Interrogatories") as follows:

### <u>SPECIFIC OBJECTIONS AND RESPONSES</u>

Without waiver of, or prejudice to, any of its privileges, Plaintiff answers and responds to each Interrogatory as follows:

**Interrogatory No. 1**: Identify every instance in which SPIN hired you to perform any services.

Plaintiff has not been hired by SPIN to perform any services.

Plaintiff has not been hired to perform any services for SPIN.

**Interrogatory No. 2:** State all facts concerning your alleged creation of the Kiehm Photograph, including all persons with related knowledge.

Plaintiff was covering court appearances when he took a photograph of Kiehm. The New York Post licensed the photograph and published it in an article that appeared online.

**Interrogatory No. 3**: State all facts that support your allegation that "acts of infringement by SMG have been willful, intentional, and purposeful, in disregard and indifference to Plaintiff's rights."

The Kiehm photograph was published with a gutter credit identifying the photographer. Instead of contacting the photographer for permission/license, SMG took the photograph and did not credit him.

**Interrogatory No. 4**: State the amount of every license granted by Hirsch for use of any photograph taken by Hirsch on any website and identify the name of the website and the licensee.

Plaintiff does not keep records of the licenses granted specifically to any website but refers the Defendant to SH001-SH009.

**Interrogatory No. 5**: Identify the date on which you first became aware of the display of the Kiehm Photograph on thefrisky.com

Plaintiff names February of 2016 as the approximate date.

**Interrogatory No. 6**: State all facts that support the allegation that copyright management information was removed from the Kiehm Photograph.

Plaintiff's name appeared in the gutter credit below the Photograph in The New York Post.

When the Photograph appeared on SMG's website, it did not have the Plaintiff's name.

**Interrogatory No. 7**: Identify all communications with SPIN concerning the Kiehm Photograph and describe with specificity the subject matter of the communications.
There have not been any communications with SPIN in regards to this Photograph.

**Interrogatory No. 8**: Identify every instance that you are aware of in which a photograph taken by Hirsch has been displayed on any website, including without Hirsch's authorization.

Plaintiff's photographs are frequently used on various websites, with and without authorization. Plaintiff's photographs regularly appear on The New York Post's website. Plaintiff also refers to the document production at SH001-SH008.

| Case Number | Case Name | Dates |
|---|---|---|
| | Hirsch v. Irishcentral, LLC | filed 03/27/16   closed 07/08/16 |
| 1:16-cv-04064-AT | Hirsch v. Vox Media, Inc. | filed 06/01/16   closed 07/20/16 |
| 1:16-cv-04083-AKH | Hirsch v. Breaking Media, Inc. | filed 06/01/16   closed 06/15/16 |
| 1:16-cv-04249-PGG | Hirsch v. Moguldom Media Group LLC | filed 06/07/16   closed 08/25/16 |
| 1:16-cv-04420-NRB | Hirsch v. Iheartmedia, Inc. | filed 06/13/16   closed 07/28/16 |

| Case Number | Case Name | Filed | Closed |
|---|---|---|---|
| 1:16-cv-04592-LGS | Hirsch v. SheKnows, LLC | filed 06/16/16 | closed 08/02/16 |
| 1:16-cv-05523-ER | Hirsch v. Heavy Inc. | filed 07/11/16 | closed 11/12/16 |
| 1:16-cv-05938-CM | Hirsch et al v. Unknown Defendant | filed 07/25/16 | closed 08/02/16 |
| 1:16-cv-05939-KPF | Hirsch v. Business Insider, Inc. | filed 07/25/16 | closed 08/15/16 |
| 1:16-cv-07308-JGK-AJP | Janik et al v. Spin Media LLC | filed 09/20/16 | |
| 1:16-cv-09159-JMF | Hirsch v. Citadel Communications Company, Ltd. | filed 11/25/16 | |
| 1:17-cv-01558-LGS | Hirsch v. Inside Edition Inc. | filed 03/01/17 | |
| 1:17-cv-01860-PAE | Hirsch v. CBS Broadcasting Inc. et al | filed 03/13/17 | |

| | | |
|---|---|---|
| 1:17-cv-02537-GHW | Hirsch v. Nexstar Broadcasting, Inc. | filed 04/09/17 |
| 1:17-cv-03388-WHP | Hirsch v. CBS Broadcasting Inc. | filed 05/08/1 |

**Interrogatory No. 9**: Identify every instance in which Hirsch has sued or threatened to sue any person for copyright infringement.

Plaintiff has sued a number of entities for copyright infringement. Please see the chart above.

**Interrogatory No. 10:** State the amount of money Hirsch believes would constitute a reasonable licensing fee for the allegedly infringing uses of the Kiehm Photograph.

This interrogatory is argumentative in that a reasonable licensing fee would not be assessed for an infringing use. Plaintiff understands this question to mean what would have Plaintiff licensed it for at the time, for a limited use. Plaintiff estimates it would be licensed for $500.

**Interrogatory No. 11:** Identify all persons with knowledge of any of the allegations in the complaint in this lawsuit.

Plaintiff names himself, Steven Hirsch.

Dated: Valley Stream, NY

May 12, 2017

/s/Richard P. Liebowtiz
Richard P. Liebowitz
Yekaterina Tsyvkin
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660

*Attorneys for Plaintiff Steven Hirsch*

## VERIFICATION

I hereby certify that the attached responses to the First Set of Interrogatories served by SMG Media on Steven Hirsch are true and accurate to the best of my knowledge, information and belief.

DATED: May 12, 2017

_____