# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.:   (212) 805-0036

**Dated:** May 24, 2017                          **Total Number of Pages:**

**MEMO ENDORSED:**

1.  Approved in all aspects

2.  The Clerk of Court will enter partial judgment dismissing plaintiff Janik's claims <u>with</u> prejudice.

3.  The case remains as to plaintiff Hirsch's claim and the caption is deemed changed accordingly.

**BY ECF**                                                              May 24, 2017

Honorable Andrew J. Peck, U.S.M.J.
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Fran Janik and Steven Hirsch v. SMG Media, Inc.,*
      *Docket No. 1:16-cv-7308 (JGK)(AJP)*

Dear Judge Peck,

We represent Plaintiffs Fran Janik and Steven Hirsch in the matter referenced above. We write pursuant to Your Honor's Order issued at the May 23, 2017 conference.

We hereby respectfully request the dismissal with prejudice of Plaintiff Fran Janik's claim against Defendant SMG Media, Inc.'s (SMG).

We will, however, produce Plaintiff Hirsch for a deposition on June 1, 2017 as ordered and hence are not dismissing his claim against the Defendant.

Moreover, since the Plaintiffs' expert witness, Jeff Seldik was intended to testify only about the potential value and exclusivity of Plaintiff Janik's photograph and estimate his actual damages, the dismissal sought above relieves the need for this expert witness. The expert witness is unfamiliar with the particulars of the remaining Plaintiff Hirsch and will not be used in the proceeding going forward. Since Your Honor ordered an expert witness report to be posted on ECF by 5PM today, the remaining Plaintiff Hirsch will not be retaining an expert witness in this case.

We thank Your Honor for this Court's attention and consideration of our request.

Respectfully Submitted,

/s/Yekaterina Tsyvkin
Yekaterina Tsyvkin
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660
RL@LiebowitzLawFirm.com
kt@liebowitzlawfirm.com
*Attorneys for Plaintiff Janik and Hirsch*

**MEMO ENDORSED 5/24/17**
1. Approved in all respects.
2. The Clerk of Court will enter partial judgment dismissing Plaintiff Janik's claims with prejudice.
3. The case remains as to Plaintiff Hirsch's claims and the caption is deemed changed accordingly.

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

Copies by ECF to: All Counsel
Judge Koeltl