```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/31/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FRAN JANIK and STEVEN HIRSCH,
                                  Plaintiffs,

16 **CIVIL** 7308 (JGK)(AJP)

               -against-

**JUDGMENT**

SPIN MEDIA LLC,
                              Defendant.
-------------------------------------------------------------X

       Whereas this action having come before the Court, and Plaintiffs' attorneys having submitted a letter pursuant to Your Honor's Order issued at the May 23, 2017 conference, requesting the dismissal with prejudice of Plaintiff Fran Janik's claim against Defendant SMG Media, Inc. ("SMG"). They will produce Plaintiff Hirsch for deposition on June 1, 2017 as ordered and hence are not dismissing his claim against the Defendant. Moreover, since the Plaintiffs' expert witness, Jeff Seldik was intended to testify only about the potential value and exclusivity of Plaintiff Janik's photograph and estimate his actual damages, the dismissal sought relieves the need for this expert witness. The expert witness is unfamiliar with the particulars of the remaining Plaintiff Hirsch and will not be used in the proceeding going forward, and the matter having come before the Honorable Andrew J. Peck, United States Magistrate Judge, and the Court, on May 24, 2017, having rendered its Memo Endorsed Order (1) approving in all aspects, (2) directing the Clerk of Court to enter partial judgment dismissing Plaintiff Janik's claims with prejudice, and (3) the case remains as to Plaintiff Hirsch's claim and the caption is deemed changed accordingly, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated May 24, 2017, stating that (1) Approved in all aspects, (2) Partial judgment is entered dismissing Plaintiff Janik's claims with prejudice, and (3) the case

remains as to Plaintiff Hirsch's claim and the caption is deemed changed accordingly.

**Dated:** New York, New York
May 31, 2017

RUBY J. KRAJICK
_____
Clerk of Court

BY: _____
Deputy Clerk
