

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

J. Matthew Williams
(202) 355-7904 Phone
(202) 355-7984 Fax
mxw@msk.com

June 5, 2017

**BY ECF**

Hon. Andrew J. Peck
Magistrate Judge
United States District Court for the Southern
District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:    Janik v. SMG Media, Inc., No. 16-cv-7308 (JGK)(AJP) – Letter Notifying Court of
       Defendant's Intent To Move for Summary Judgment**

Dear Judge Peck:

We are counsel for Defendant SMG Media, Inc.  Per the Court's order on the record at the May 15, 2017 discovery conference, I write inform you that Defendant filed today a letter addressed to Judge Koeltl requesting a pre-motion conference regarding Defendant's intent to file a motion for summary judgment in this case.  I attach hereto the letter addressed to Judge Koeltl.

Respectfully submitted,


/s/J. Matthew Williams
A Professional Corporation  of
MITCHELL SILBERBERG & KNUPP LLP