# EXHIBIT A

1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    ------------------------------------X

5    FRANK JANIK and STEVEN HIRSCH,

6                         Plaintiffs,

7         -against-

8                              Index No.:

9                         1:16:cv-07308-JGK-AJP

10   SMG MEDIA,

11                        Defendant.

12   ------------------------------------X

13

14            DEPOSITION OF STEVEN HIRSCH

15              New York, New York

16                 June 1, 2017

17

18   Reported by:

19   MARY F. BOWMAN, RPR, CRR

20   JOB NO. 124994

21

22

23

24

25

Page 2

1

2

3

4

5                           June 1, 2017

6                           10:20 a.m.

7

8

9               Deposition of STEVEN HIRSCH, held

10      at the offices of Mitchell Silberberg &

11      Knupp LLP, 12 East 49th Street, 30th

12      Floor, New York, New York, before Mary F.

13      Bowman, a Registered Professional Reporter,

14      Certified Realtime Reporter, and Notary

15      Public of the State of New Jersey.

16

17

18

19

20

21

22

23

24

25

Page 3

1

2                        APPEARANCES:

3

4    RICHARD LIEBOWITZ, ESQ.

5    Attorneys for Plaintiff

6         11 Sunrise Plaza

7         Valley Stream, New York   11580

8

9

10

11   MITCHELL SILBERBERG & KNUPP

12   Attorneys for Defendants

13        1818 N Streeet, NW

14        Washington, D.C.   20036

15   BY:  MATTHEW WILLIAMS, ESQ.

16        HANNAH JUNKERMAN, ESQ.

17

18

19

20   Also Present:  Sha-La Hollis, Videographer

21

22

23

24

25

Page 4

1

2

3

4        IT IS HEREBY STIPULATED AND

5    AGREED, by and between the attorneys

6    for the respective parties herein, that

7    filing and sealing be and the same are

8    hereby waived.

9        IT IS FURTHER STIPULATED AND

10   AGREED that all objections, except as

11   to the form of the question, shall be

12   reserved to the time of the trial.

13        IT IS FURTHER STIPULATED AND

14   AGREED that the within deposition may

15   be sworn to and signed before any

16   officer authorized to administer an

17   oath, with the same force and effect as

18   if signed and sworn to before the

19   Court.

20

21

22

23

24

25

Page 5

1                          Hirsch

2              THE VIDEOGRAPHER:  This is the

3         start of media labeled number one of

4         the video recorded deposition of

5         Mr. Steve Hirsch in the matter Steve

6         Hirsch, plaintiff, versus Spin Media

7         LLC and SMG Media Incorporated,

8         defendants, in the United States

9         District Court, Southern District of

10        New York, case number 16CV7308

11        (JGK)(AJP).

12              This deposition is being held at

13        the law offices of Mitchell, Silberberg

14        & Knupp, LLP, located at 12 East 49th

15        Street, New York, New York on June 1,

16        2017 at approximately 10:23 a.m.  My

17        name is Sha-La Hollis and I am the

18        legal video specialist from TSG

19        Reporting Incorporated, headquartered

20        at 747 Third Avenue, New York, New

21        York.  The court reporter is Mary

22        Bowman, also in association with TSG

23        Reporting.

24              Will all counsel present please

25        introduce yourselves for the record.

Page 6

1                          Hirsch

2              (Whereupon, counsel placed their

3        appearances on the audio record.)

4              THE VIDEOGRAPHER:  Will the court

5        reporter please swear in the witness.

6    STEVEN HIRSCH,

7        called as a witness by the defendant,

8        having been duly sworn, testified as

9        follows:

10             THE VIDEOGRAPHER:  Counsel, you

11        may proceed.

12    EXAMINATION BY

13    MR. WILLIAMS:

14        Q.    Do you go by Steven or Steve?

15        A.    Steven.

16        Q.    Steven, OK.  Have you ever been

17    deposed before?

18        A.    Yes.

19        Q.    When was that?

20        A.    Eighteen years ago.

21        Q.    Eighteen years ago.  Is that the

22    only time?

23        A.    Yes.

24        Q.    What case was that in?

25        A.    It was an accident case.

1                         Hirsch

2    no documents?

3        A.    I haven't looked at any

4    documents.

5        Q.    All right.  We have to make sure

6    we are clear.

7        A.    That's fine.

8        Q.    OK.

9              (Exhibit 1, Notice of Deposition

10       marked for identification, as of this

11       date.)

12       Q.    Take a brief second to take a

13   look at this and let me know if you have

14   ever seen it before.

15       A.    No, I've never seen this.

16       Q.    Were you aware that we had

17   scheduled your deposition for May 19 in

18   this case?

19       A.    For May 19?

20       Q.    Correct.

21       A.    No.

22       Q.    You did not know before you are

23   sitting here today that you were supposed

24   to show up on May 19 for a deposition?

25       A.    I don't believe so.

1                        Hirsch

2          Q.    Were you aware that the court

3     ordered you to be here on May 19 for a

4     deposition?

5          A.    I don't believe so.

6          Q.    Where were you on May 19?

7          A.    In new York.

8          Q.    You were in New York on May 19?

9          A.    I believe so, yes.  Oh -- hold

10    on.  May 19?  No.  I was out of town, I'm

11    sorry.

12         Q.    Where were you on May 19?

13         A.    In New Mexico.

14         Q.    Why were you in New Mexico?

15         A.    Business.

16         Q.    What kind of business?

17         A.    Taking photographs.

18         Q.    What were you taking photographs

19    of?

20         A.    I was doing a project of my work.

21         Q.    Could you please go into more

22    detail?

23         A.    I am also an art photographer,

24    exhibiting galleries.  My work was -- it is

25    something that I do constantly and, you

Page 14

1                          Hirsch

2    know, with intentions of selling it.

3        Q.    So you were in New Mexico taking

4    pictures of art or you were in New Mexico

5    exhibiting your pictures?

6        A.    No, taking pictures.  I take

7    pictures.  I'm a photographer.  I was

8    taking pictures.

9        Q.    What were you taking pictures of?

10        A.    On that particular day, I'm not

11    sure.  I have -- I was doing a project with

12    drone photography.

13        Q.    What is drum photography?

14        A.    Drone, drone photography.

15        Q.    Using drones?

16        A.    Using drones.

17        Q.    How did you take pictures using

18    drones?

19        A.    With a drone.  The drone is

20    equipped with a camera and you take

21    pictures with a drone.

22        Q.    What were you taking pictures of?

23        A.    I don't know on that particular

24    day.  I was in various --

25        Q.    How long you were in New Mexico?

1                      Hirsch

2        A.    I was in New Mexico for maybe

3    five days.

4        Q.    Did you go anywhere else on this

5    trip?

6        A.    Yes, I went to Kansas and Texas.

7        Q.    Anywhere other than Kansas and

8    Texas?

9        A.    No.

10       Q.    You said that you didn't realize

11   that you were supposed to be at a

12   deposition while you were gone, is that

13   correct?

14       A.    That's correct.

15       Q.    Where were you on May 15?

16       A.    I can check my records if you

17   need.  I believe I was working.

18       Q.    This might --

19       A.    No, maybe the day before I left.

20   I think I left on the 16th.

21       Q.    You left on the 16th?

22       A.    I believe so.

23            (Exhibit 2, one-page document,

24        Instagram marked for identification, as

25        of this date.)

Page 16

1                              Hirsch

2          Q.     Do you recognize this document?

3          A.     Yeah.

4          Q.     What's it?

5          A.     It's a copy of an Instagram post.

6          Q.     And the date in the lower

7    right-hand corner, what is it?

8          A.     May 15.

9          Q.     Were you in New York on May 15?

10          A.     I can check my calendar.  I

11    believe so.  I believe I left on May 16.  I

12    wasn't prepared to check that, but I can

13    look.

14          Q.     Before you left, no one informed

15    you that the judge, on May 15, ordered you

16    to be in this office on May 19?

17          A.      I don't believe so.

18                 (Exhibit 3, one-page document,

19          Instagram post marked for

20          identification, as of this date.)

21          Q.     Do you recognize this document?

22          A.     Yes.

23          Q.     What is it?

24          A.     A photograph I had taken from a

25    drone.

1                        Hirsch

2      just don't remember?

3           A.    Well, I think I told New York

4      Post who I work for on a regular basis that

5      I was taking off today to go to a

6      deposition.  That I did do, yes.

7           Q.    Was that by e-mail or phone call?

8           A.    I believe it was a phone call.

9           Q.    When was that?

10          A.    Yesterday.

11          Q.    So you just believe that

12     yesterday you had a phone call or you

13     actually had a phone call yesterday?

14          A.    I had a phone call yesterday.

15          Q.    And who at the New York Post did

16     you talk to?

17          A.    I spoke to Chad Rachman --

18     Rachman.

19          Q.    Do you know what his title is?

20          A.    He is a photo editor.

21          Q.    Do you work with him frequently?

22          A.    Yes.

23          Q.    Did you speak with anyone else

24     about this case?

25          A.    Juan Arellano, another photo

1                         Hirsch

2          First Set of Interrogatories to

3          Plaintiff marked for identification, as

4          of this date.)

5          Q.    Have you ever seen this document

6     before?

7          A.    No.

8          Q.    Do you know what an interrogatory

9     is?

10         A.    No.

11         Q.    Have you done anything to respond

12    to our interrogatories in this case?

13         A.    If I don't know what it is, I

14    couldn't respond to it.

15         Q.    Could you look at the last page.

16    Is that your signature?

17         A.    Yes.

18         Q.    Did you sign that page without

19    reading the document in front of it?

20         A.    This entire document?

21         Q.    Yes, sir.

22         A.    I might have, yes.

23         Q.    So just to clarify, you might

24    have signed the last page without actually

25    reading the pages that precede it?

Page 26

1                          Hirsch

2        A.    Correct.

3        Q.    Do you know whether that's the
4    case?

5        A.    No.

6        Q.    Let's look at number 1 on the
7    second page.

8        A.    Um-hm.

9        Q.    Do you recall ever seeing that
10   before?

11       A.    No.

12       Q.    And how about number 2?

13       A.    No.

14       Q.    If you look at number 2, it says,
15   "State all facts concerning your alleged
16   creation of the Kiehm, K-I-E-H-M,
17   photograph including all persons with
18   related knowledge."

19              Do you see that?

20       A.    Yes.

21       Q.    And did you have any part in
22   preparing the answer to that question?

23       A.    Yes, I spoke to him about this.

24       Q.    When you say him, you're
25   referring to your lawyer?

Page 29

1                       Hirsch

2    of every instance you're aware of in which

3    a photo you took was displayed on a

4    website?

5            MR. LIEBOWITZ:  Objection.

6        A.    I literally have thousands of

7    pictures on websites.  So that would be

8    kind of highly impossible to put together.

9        Q.    Are you aware the court ordered

10   you to fully respond to all of these

11   interrogatories?

12           MR. LIEBOWITZ:  Objection.

13           MR. WILLIAMS:  What's the

14       objection?

15           MR. LIEBOWITZ:  Asked and

16       answered.

17       Q.    OK.  Answer please.

18       A.    The court and -- how would that

19   be answered?

20       Q.    Well, Mr. Leibowitz and I went to

21   a hearing and the judge says you have to

22   answer all these questions.

23       A.    OK.

24       Q.    You're not aware of that?

25       A.    Aware of answering questions of

Page 30

1                               Hirsch

2      where my photographs have been published?

3          Q.    Aware of the fact that the judge

4      ordered you to answer all these questions?

5          A.    Well, it looks like Mr. Leibowitz

6      put together the pictures that had been

7      infringed upon and there have been cases

8      brought against parties and he has listed

9      that.

10              As far as putting together all

11     the pictures that I have, as I said, there

12     are probably thousands of pictures online

13     that I would need to put together.

14         Q.    But are you aware that the court

15     ordered you to answer these questions?

16              MR. LIEBOWITZ:  Objection, asked

17         and answered.

18         A.    The questions being --

19         Q.    All of these Interrogatories in

20     the exhibit?

21         A.    Am I aware of that?

22         Q.    Are you aware of the court's

23     order, yes, sir.

24         A.    No.

25         Q.    So this list of cases, if you

Page 44

1                      Hirsch

2      Q.     Did you take other defendants'

3  pictures that day?

4      A.     I probably did.

5      Q.     You don't remember though?

6      A.     No.

7      Q.     Did the New York Post instruct

8  you to go to the courthouse that day?

9      A.     Yes.

10      Q.     Do you remember what their

11  instruction was?

12      A.     I'm hired on a daily basis and I

13  go to the courthouse and photograph various

14  defendants.

15      Q.     When they hire you to spend the

16  day at the courthouse, do they tell you

17  whose pictures they want you to take?

18      A.     Some people, yes.

19      Q.     Do you remember whether they

20  asked you to take this individual's

21  photograph?

22      A.     Probably yes.

23      Q.     Is it yes or is it probably?

24      A.     I -- I'm guessing.  I can't say

25  100 percent, but my guess is yes, I was

1                              Hirsch
2      asked to photograph him.
3           Q.    So you don't recall that they
4      asked you to do that, but that's your
5      belief, is that correct?
6           A.    I don't recall because I only
7      don't have maybe the paperwork in front of
8      me that might have referred to that
9      particular day, but I probably don't have
10     that file anymore anyway.  So I would say
11     yes.  I wouldn't just guess he was there
12     without knowing that he was there.
13          Q.    And when you say you probably
14     don't have that file anymore, was there a
15     file related to taking this picture?
16          A.    Yeah, there is a list of people
17     who I ask to photograph at the courthouse.
18          Q.    Where was that list kept?
19          A.    It's in an e-mail.
20          Q.    Do you have that e-mail?
21          A.    I don't believe so.  On that
22     particular day -- how long ago was that?
23          Q.    It's February of 2016?
24          A.    Possibly.  I doubt it though.
25          Q.    Have you looked for it?

Page 46

1                          Hirsch

2      A.    No.

3      Q.    Has anyone asked you to look for

4  it?

5      A.    No.

6      Q.    Was the photo that was used in

7  the exhibits that we have been looking at

8  the only photo you took of that individual

9  or did you take others?

10      A.    I can recall taking this picture.

11  I believe there were two frames that I had

12  made, but one was not as open and clear.

13  There might have been more than two.

14      Q.    Do you still have -- I am sorry,

15  I didn't mean to interrupt you.

16      A.    A handful, a small handful of

17  frames I probably made.

18      Q.    Do you still have those photos?

19      A.    I can -- the post keeps a record

20  of these photographs which I can obtain.

21      Q.    Did you have copies of them

22  yourself?

23      A.    Possibly.  I don't keep track of

24  every particular picture that I have.

25      Q.    Have you looked for them in order

Page 47

```
 1                          Hirsch
 2    to produce them in the lawsuit?
 3         A.    No.  A lot of times I get
 4    photographs from the Post if I need to
 5    obtain a photograph.
 6         Q.    So they are willing, if you ask
 7    them to, to provide you with information
 8    related to the photos that you have
 9    licensed to them?
10         A.    Yes.
11         Q.    Have you asked them to give you
12    any information for this lawsuit?
13         A.    No.
14         Q.    Do you know whether your lawyers
15    have asked them to give any information?
16         A.    No, I don't.
17         Q.    And when you take these photos,
18    is it with a digital camera?
19         A.    Yes.
20         Q.    Do you store the copies of the
21    photos on a computer anywhere?
22         A.    Most of the time.
23         Q.    Most of the time.
24               So what are your practices with
25    respect to computers?  Do you have a
```

Page 48

1                          Hirsch

2    desktop, a tablet, where do you store

3    things?

4         A.    They are stored during the day on

5    a laptop and then transferred from the

6    cards to a desktop.  But I can't say that

7    I'm very good or efficient at it, because I

8    know that I can probably obtain them from

9    the New York Post if I wanted to.

10        Q.    Do you store things in the cloud

11   so to speak?

12        A.    No.

13        Q.    What operating system do you use?

14        A.    A Mac.

15        Q.    And so do your various devices

16   sync up with each other such that your

17   documents are stored on all of the devices?

18        A.    No.

19        Q.    So you said that you store them

20   initially on a tablet but then eventually

21   you upload them to a desktop?

22        A.    I store them -- well, they're

23   photographed on a digital card and then the

24   photographs themselves are processed on a

25   laptop.  And then if I can, I most

1                          Hirsch

2      efficiently try to put them from my cards

3      to my desktop.  It's not always 100 percent

4      perfect because I know I have a back-up if

5      I can from the New York Post they're

6      willing to provide something for me if I

7      asked.

8           Q.    How do you transmit photos to the

9      New York Post?

10          A.    Through FTP.

11          Q.    So that's a secure link

12     essentially where you give them a password

13     and they can click the link and log in and

14     download the photos?

15          A.    It's the exact opposite.  They

16     give me a password, I can connect to them

17     and then download.

18          Q.    And you upload to them?

19          A.    Upload to them, yes.

20          Q.    Thank you for clarifying that.

21                Do you recall doing that with

22     this photograph?

23          A.    I recall this photograph, yes.

24          Q.    And so you went through that

25     process to transmit it to the New York

Page 50

```
 1                    Hirsch
 2   Post?
 3        A.    Yes.
 4        Q.    With an FTP link?
 5        A.    Um-hm.
 6        Q.    Do you recall whether this
 7   photograph is stored on your laptop?
 8        A.    Today, no, it's not stored.  My
 9   laptop has been cleaned out.
10        Q.    When you say it has been cleaned
11   out what does that mean?
12        A.    It has a limited space, so if I
13   don't clean it out, I won't be able to use
14   it.
15        Q.    You deleted the stuff on your
16   laptop to clear it out so that you would
17   have more storage space?
18        A.    Yes.
19        Q.    When did you do that?
20        A.    I do it periodically.
21        Q.    Do you remember when the last
22   time you did it was?
23        A.    Just before my trip.
24        Q.    So just in May of this year?
25        A.    Um-hm.  Yes.
```

1                      Hirsch

2        Q.    And previous to that, do you

3    remember when the last time was that you

4    cleaned your laptop?

5        A.    No.

6        Q.    The next exhibit.

7              (Exhibit 10, document entitled,

8        "SMG Media Inc.'s First Set of Requests

9        for Production of Documents and Things"

10       marked for identification, as of this

11       date.)

12       Q.    Do you have a similar practice

13   with respect to your desktop computer, in

14   terms of cleaning it out to free up storage

15   space?

16       A.    Unfortunately, not much, no.

17       Q.    So would the things that you

18   deleted from your laptop still be stored on

19   your desktop computer?

20       A.    As I said, I'm not always 100

21   percent careful about doing that.

22       Q.    How do you move things from the

23   laptop to the desktop?

24       A.    I might bring the cards home and

25   transfer them from the cards.  I might take

Page 52

1                          Hirsch
2      the laptop home and transfer images from
3      the laptop.
4          Q.    And I may have already asked
5      this, but you don't recall, if I am right,
6      whether this photo in particular or
7      anything related to it was transferred to
8      the desktop?
9          A.    I can't recall that.  No.
10         Q.    But you're sure anything like
11     that would no longer be on the laptop?
12         A.    Yes.
13         Q.    And you said that you e-mail with
14     the New York Post in addition to the FTP
15     transmissions.  What e-mail account do you
16     use?
17         A.    That I e-mail from?
18         Q.    Yes.
19         A.    Probably Steven.Hirsch@me.com.
20         Q.    Me.com?
21         A.    Um-hm.
22         Q.    Do you have any other e-mail
23     addresses?
24         A.    Yes.
25         Q.    And which companies are those

Page 53

1                        Hirsch

2       with?

3           A.     Companies?

4           Q.     Right, is it a G-Mail, a

5       Hotmail --

6           A.     I see.

7           Q.     -- Outlook?

8           A.     I have a couple of G-Mail

9       accounts and a domain name, domain account.

10          Q.     When you say a domain --

11          A.     Domain hosting account.

12          Q.     That's related to your own

13      website, is that what you are saying?

14          A.     It's SH@StevenHirsch.com, but -- I

15      have a domain name and that's my domain

16      name and there is an e-mail address

17      associated with it.

18          Q.     When you communicate with the New

19      York Post, do you use the me.com address?

20          A.     When I send the pictures, most of

21      the time because there is a problem at the

22      courthouse with sending sometimes from

23      other accounts.

24          Q.     OK, I'm not sure I followed that.

25      When you communicate --

Page 54

1                              Hirsch

2        A.    There is a firewall, so the

3    firewall sometimes will inhibit the other

4    accounts from working sometimes.  So at

5    me.com is a -- the default account that

6    most e-mail is sent from.

7        Q.    So usually you would use your

8    me.com account to communicate with the New

9    York Post, is that right?

10       A.    Not necessarily.

11       Q.    Which other account would you

12   use?

13       A.    Maybe SH@StevenHirsch.com.

14       Q.    Any others?

15       A.    By mistake, maybe from the other

16   G-Mail accounts, but maybe by mistake.

17       Q.    OK.  And do you have access to

18   all of those accounts currently?

19       A.    Yeah.

20       Q.    And what are your practices in

21   terms of retaining those e-mails?

22       A.    Well, a year or so ago, I was --

23   my domain account had become full and

24   wasn't working properly and I didn't

25   realize that and then I believe I deleted

Page 55

1                           Hirsch

2      the e-mails off of my laptop, not

3      realizing -- I am sorry.  It was the

4      opposite.  I deleted them off the server

5      not realizing they would be deleted off the

6      laptop also, so I deleted a lot of e-mails

7      inadvertently.

8           Q.    You said it was an about a year

9      ago?

10          A.    It seems about a year ago, yeah.

11          Q.    So roughly spring of 2016?

12          A.    It is just a wild guess.  I know

13     I did it and it was kind of traumatizing a

14     bit because I realized I deleted all my

15     e-mails by mistake.

16          Q.    This was only the ones from what

17     you referred to as your domain name

18     account?

19          A.    Yes.

20          Q.    And what about your me.com

21     account?  Do you have access to all of

22     those e-mails?

23          A.    Whatever Apple stores or whatever

24     I might have on my devices yeah, I don't

25     know.  I would have to look.

```
1                          Hirsch
2          Q.    Have you deleted any e-mails from
3     that account in the last year?
4          A.    I delete e-mails all the time if
5     they seem relevant or something that needs
6     to be deleted, just to, you know, clean
7     things, clean out accounts.
8          Q.    Have you looked in any of your
9     e-mail account records to locate documents
10    to produce them in this lawsuit?
11         A.    No.
12         Q.    With your G-Mail accounts, do you
13    have access to those e-mails?
14         A.    Um-hm.
15         Q.    And has there been any deletion
16    of e-mails from those accounts?
17         A.    I can't remember.  There might
18    have been.  But I don't believe it probably
19    was sent from that account.
20         Q.    What are you referring to?
21         A.    Well, that photograph, if it was
22    transmitted that day.
23         Q.    Right?
24         A.    It might not even have been
25    e-mails.  That's my usual procedure is to
```

Page 57

                          Hirsch

1

2    e-mail and FTP at the same time.  But I

3    might not have in that particular -- I mean

4    I always FTP.

5        Q.    OK.  The exhibit that I just

6    marked, if you could take a look at that.

7              It is our, SMG Media's, First Set

8    of Requests for Production of Documents and

9    Things.  Have you ever seen this are

10   document before?

11       A.    No, I don't believe so.

12       Q.    What efforts have you made to

13   collect documents to produce them in this

14   case?

15       A.    I've collected the pictures that

16   were -- this picture that was taken off the

17   New York Post website.

18       Q.    So that was at the time the case

19   was filed, you mean?

20       A.    Probably, yeah.

21       Q.    Have you done anything since the

22   complaint was filed to collect documents to

23   produce in this case?

24       A.    No, I didn't -- I don't know how

25   much documents I needed to collect.  I

Page 58

1                          Hirsch

2      mean, I have the photograph on the website.

3      So --

4              MR. WILLIAMS:  I'm going to take

5          a short break go off the record.

6              THE VIDEOGRAPHER:  The time is

7          11:17 a.m.  And we are off the record.

8              (Recess)

9              THE VIDEOGRAPHER:  The time is

10         11:29 a.m.  We are back on the record.

11         A.    If I can, I would like to clarify

12     something.

13         Q.    I'm just going to ask you

14     questions and then you can give me answers.

15     If your counsel wants to ask you things at

16     the end of the day, he can follow up.

17             MR. LIEBOWITZ:  Clarifications

18         just at the end we will do?

19             MR. WILLIAMS:  If you want to ask

20         him things, you're entitled to, but I

21         don't have a question on the record and

22         I don't need your clarification for

23         now.

24         A.    OK.

25         Q.    The photographs that you have

Page 69

Hirsch

2      turned.  So I knew that he would be

3      probably be surprised and be uncovered or

4      not cover up at that particular time.  So

5      that's a skill.

6          Q.     And the point of doing that is

7      just so that you could actually get a shot

8      of his face, correct?

9          A.     That's correct because I believe

10     the Daily News doesn't have a picture of

11     his face.

12         Q.     It was important in this case to

13     have a picture of his face because he was

14     accused of basically duping women on the

15     internet into giving him money, correct,

16     and you wanted the picture to reflect an

17     image that people could identify the person

18     who was duping people, is that right?

19         A.     Um-hm, correct.

20         Q.     So I'm not asking how much you

21     were paid by the Post for this particular

22     use, but is there a written statement that

23     they provided to you that reflects how much

24     they paid you?

25         A.     I bill them.

1                              Hirsch

2          Q.     You send them invoices?

3          A.      We have a -- there is some works

4     where they have -- their system works where

5     they give you a number for your day's work,

6     a reference number, and then you agree to a

7     fee that you tell them.

8          Q.      And when you say you agree to a

9     fee, is that in writing somewhere?

10         A.      No, it's on the phone.

11         Q.      On the phone?

12         A.      Um-hm.

13         Q.      And who do you speak to about

14    those agreements?

15         A.      Probably one of the two gentlemen

16    who I have mentioned before.

17         Q.      And then once you have agreed to

18    the fee and they issue a payment to you, do

19    they issue a statement that reflects the

20    payments they have made to you?

21         A.      There is an invoicing system that

22    they use on the web that you get an invoice

23    and then you OK it by filling out various

24    parts of a form and send it back to them

25    and then they electronically send you a