UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STEVEN HIRSCH,

        Plaintiff,   :   16 Civ. 7308(JGK)(AJP)

   -against-   :   **ORDER OF DISMISSAL ON CONSENT**

SMG MEDIA, INC.,   :

        Defendants.   x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ANDREW J. PECK, United States Magistrate Judge:**

Based on today's conference (see transcript) where counsel for plaintiff Hirsch agrees to dismiss the case (plaintiff Janik's case was previously dismissed), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot.

SO ORDERED.

DATED:   New York, New York
              June 14, 2017

_____
**Andrew J. Peck**
United States Magistrate Judge

Copies **ECF** to:   All Counsel
                    Judge Koeltl

C:\ORD\DISMISS