

## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

SMG Media, Inc.                                    00038  48203
M/C Partners                                       Invoice: 358400
75 State Street, Suite 2500
Boston, MA 02109                                   April 7, 2017

**LEGAL SERVICES RENDERED** through March 31, 2017

Re:   Fran Janik and Steven Hirsch v. Spin Media LLC          19,581.50
      Disbursements and charges per attached                      13.63
                                                              19,595.13

Please take notice that MSK's standard hourly rates were increased on January 1, 2017 for matters
subject to those rates.

 msk

SMG Media, Inc.
M/C Partners
75 State Street, Suite 2500
Boston, MA 02109

00038  48203
Invoice: 358400

April 7, 2017
Page 4

## Fran Janik and Steven Hirsch v. Spin Media LLC

**Fees through March 31, 2017:**

| | | | | |
|---|---|---|---|---|
| 03/02/17 | Meeting with client representative regarding new matter review docket, emails regarding same. | C. LEPERA | 0.80 | 596.00 |
| 03/03/17 | Work on finalizing retainer after meeting with client. | C. LEPERA | 0.50 | NO CHARGE |
| 03/06/17 | Review background emails re case and complaints (.4); calls with C. Lepera re case and extension filing (.3); review local practices and draft/file/email extension request to judge (.5); emails with opposing counsel re same (.2). | M. WILLIAMS | 1.40 | 889.00 |
| 03/07/17 | Emails with Matt Williams regarding litigation hold letters, next steps. | C. LEPERA | 0.20 | 149.00 |
| 03/08/17 | Review docket in Janik case including scheduling order and mediation (.4); emails with C. Lepera re same and strategy for mediation (3); emails with R. Leibowitz re same (.2); continue drafting hold letter (.4); file appearances in Janik and Leibowitz (.4); review judges' practices (.3). | M. WILLIAMS | 2.00 | 1,270.00 |



SMG Media, Inc.
M/C Partners
75 State Street, Suite 2500
Boston, MA 02109

00038  48203
Invoice: 358400

April 7, 2017
Page 5

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 03/09/17 | Calls with C. Lepera re mediation strategy and research (.4); review complaints to assess stat damages and fees issues and related copyright office research (.7); assign research tasks to T. Nguyen in email and call (.6); revise hold letters (.4). | M. WILLIAMS | 2.10 | 1,333.50 |
| 03/09/17 | Call with Matt Williams re legal research on copyright issues in advance of call with opposing counsel. | T. NGUYEN | 0.10 | 48.00 |
| 03/10/17 | Discuss the case with Matt Williams; emails with plaintiff counsel regarding call. | C. LEPERA | 0.20 | 149.00 |
| 03/10/17 | Conduct legal research re: whether removal of non-embedded photographer credit states claim under 17 USC 1202. | T. NGUYEN | 0.90 | 432.00 |
| 03/10/17 | Review Janik/Hirsch complaint. | T. NGUYEN | 0.20 | 96.00 |
| 03/12/17 | Conduct research re: applicability of innocent-infringement defense to actual damages under Section 504. | T. NGUYEN | 0.40 | 192.00 |
| 03/12/17 | Conduct research re: recent Section 504 cases involving low actual-damages awards. | T. NGUYEN | 0.60 | 288.00 |
| 03/12/17 | Conduct research re: cases where fair-use defense was upheld in connection with online republication of photos. | T. NGUYEN | 0.20 | 96.00 |
| 03/12/17 | Draft summary of results of copyright research in advance of call with opposing counsel. | T. NGUYEN | 0.30 | 144.00 |



SMG Media, Inc.
M/C Partners
75 State Street, Suite 2500
Boston, MA 02109

| 03/13/17 | Call with John Watkins; discuss strategy with Matt Williams and approach to RL. | C. LEPERA | 0.50 | 372.50 |
|---|---|---|---|---|
| 03/13/17 | Review T. Nguyen research memo and do follow up research on 17 usc 1202 violations (.9); calls with C. Lepera re negotiation strategy (.3) | M. WILLIAMS | 1.20 | 762.00 |
| 03/13/17 | Confer with Matt Williams re copyright research results. | T. NGUYEN | 0.10 | 48.00 |
| 03/15/17 | Discuss with M. Williams his call with adverse counsel; send\email memo to client; consider next steps. | C. LEPERA | 0.50 | 372.50 |
| 03/15/17 | Discuss with M. Williams his call with adverse counsel; send\email memo to client; consider next steps. | C. LEPERA | 0.50 | 372.50 |
| 03/15/17 | Prepare for negotiation call with opposing counsel (.5); call with opposing counsel (.4); Redaction email to client (.4); call with C. Lepera re same (.2). | M. WILLIAMS | 1.50 | 952.50 |
| 03/16/17 | Call with client Redaction emails with Matt Williams regarding same and mediation process. | C. LEPERA | 0.40 | 298.00 |
| 03/17/17 | Handle docketing/calendaring of relevant response dates, conference dates, and discovery deadlines (.4); draft answer in Janik (1.0). | M. WILLIAMS | 1.40 | 889.00 |
| 03/17/17 | Review Francisco v. Verizon case for discussion of heightened-pleading standard. | T. NGUYEN | 0.20 | 96.00 |



SMG Media, Inc.
M/C Partners
75 State Street, Suite 2500
Boston, MA 02109

00038  48203
Invoice: 358400

April 7, 2017
Page 7

| | | | | |
|---|---|---|---|---|
| 03/20/17 | Call with client regarding Redaction discuss same with Matt Williams. | C. LEPERA | 0.20 | 149.00 |
| 03/20/17 | Continued drafting of answer and email to client Redacti (.8); prepare corp disclosure (.1); call with client re Redaction (.1). | M. WILLIAMS | 1.00 | 635.00 |
| 03/20/17 | Research applicability of heightened pleading standard to affirmative defenses. | T. NGUYEN | 1.60 | 768.00 |
| 03/21/17 | Emails with Matt Williams regarding scheduling matters and settlement. | C. LEPERA | 0.20 | 149.00 |
| 03/21/17 | Research ethics of preventing attorney from suing in future cases and assign further research to T. Nguyen. | M. WILLIAMS | 0.60 | 381.00 |
| 03/21/17 | Research NY ethical rules governing promises not to represent future plaintiffs. | T. NGUYEN | 0.60 | 288.00 |
| 03/22/17 | Emails with M. Williams regarding his call with Plaintiffs' counsel; emails with client Redaction . | C. LEPERA | 0.20 | 149.00 |
| 03/22/17 | Finalize and file answer and disclosure (.4); call with J. Watkins re Redaction (.1); call with opposing counsel re same (.2). | M. WILLIAMS | 0.70 | 444.50 |
| 03/22/17 | File answer and disclosure form in SDNY. | T. NGUYEN | 0.30 | 144.00 |
| 03/23/17 | Review RL emails regarding settlement. | C. LEPERA | 0.10 | 74.50 |

 msk

SMG Media, Inc.                                     00038  48203
M/C Partners                                        Invoice: 358400
75 State Street, Suite 2500
Boston, MA 02109                                    April 7, 2017
                                                    Page 8

| 03/24/17 | Review emails with Matt Williams regarding settlement options and mediations and other status matters. | C. LEPERA | 0.20 | 149.00 |
|---|---|---|---|---|
| 03/24/17 | Review settlement offer and consider response and email client ▮Redacti▮ (.4); draft email to opposing counsel re same (.5); draft discovery requests to serve (2.2); draft initial disclosures and send to client and serve (.9); call with J. Watkins re ▮Redaction▮ (.2). | M. WILLIAMS | 4.20 | 2,667.00 |
| 03/27/17 | Review emails regarding settlement communications with Matt Williams and plaintiff counsel and with client. | C. LEPERA | 0.20 | 149.00 |
| 03/28/17 | Call with M. Williams regarding strategy and update on cases; review emails regarding same. | C. LEPERA | 0.30 | 223.50 |
| 03/28/17 | Review discovery requests and email to client ▮Redacti▮ (.7); review all orders to plan for complying with all deadlines in all cases filed by Liebowitz (.7); research impact of Spin bankruptcy (.2); call with J. Watkins re ▮Redaction▮ (.5); call with M. Singer re ▮Redaction▮ (.2); call to colleague who has experience with opposing counsel (.2); call with C. Lepera re case developments (.2); prepare email to John Watkins with info ▮Redact▮ (.4). | M. WILLIAMS | 3.10 | 1,968.50 |



SMG Media, Inc.
M/C Partners
75 State Street, Suite 2500
Boston, MA 02109

| 03/30/17 | Prepare new discovery and plan for using in-house expert (.2); emails with J. Watkins re ▮Redaction▮ (.1); prepare for discovery call (.2); calls with client ▮Redaction▮ (1.0). | M. WILLIAMS | 1.50 | 952.50 |
|---|---|---|---|---|
| 03/31/17 | Email to S. Blackwell regarding needed documents and information (.5); record notes re ▮Redaction▮ ▮Redaction▮ (.2). | M. WILLIAMS | 0.70 | 444.50 |

Total Fees: $19,581.50

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|---|---|---|---|---|---|
| C. LEPERA | 4.50 | hours at | $745.00 | = | 3,352.50 |
| M. WILLIAMS | 21.40 | hours at | $635.00 | = | 13,589.00 |
| T. NGUYEN | 5.50 | hours at | $480.00 | = | 2,640.00 |
| SUMMARY TOTALS | 31.40 | | | | 19,581.50 |

**Costs Advanced and In-House Services:**

| 03/24/17 | Delivery Services - Richard Liebowitz, Valley Stream NY US 03/24/17 | 13.63 |
|---|---|---|

Total Costs: $13.63

Total Fees & Costs: $19,595.13



# MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

SMG Media, Inc.
M/C Partners
75 State Street, Suite 2500
Boston, MA 02109

00038  48203
Invoice: 360139

May 10, 2017

**LEGAL SERVICES RENDERED** through April 30, 2017

Re:    Fran Janik and Steven Hirsch v. Spin Media, LLC    20,258.00
        Disbursements and charges per attached    129.30

        20,387.30





SMG Media, Inc.                                      00038  48203
M/C Partners                                         Invoice: 360139
75 State Street, Suite 2500
Boston, MA 02109                                     May 10, 2017
                                                     Page 4


**Fran Janik and Steven Hirsch v. Spin Media LLC**

**Fees through April 30, 2017:**

| | | | | |
|---|---|---|---|---|
| 04/03/17 | Review summary of prior conference, order transcript, consider requesting mediation referral. | M. WILLIAMS | 0.20 | 127.00 |
| 04/04/17 | Emails with Matt Williams regarding settlement and scheduling. | C. LEPERA | 0.20 | 149.00 |
| 04/04/17 | Research publication issue and task T. Nguyen with additional research (.2); consider additional written discovery needs and expert disclosures (.4); review transcript from February 24 conference (.4) | M. WILLIAMS | 1.00 | 635.00 |
| 04/04/17 | Review and analyze legal treatise materials addressing definition of "publication" under Section 101 of Copyright Act. | T. NGUYEN | 1.70 | 816.00 |
| 04/04/17 | Research federal cases addressing definition of "publication" under Section 101 of Copyright Act. | T. NGUYEN | 0.70 | 336.00 |
| 04/04/17 | Confer with Matt Williams re legal research re definition of publication under Section 101 of Copyright Act. | T. NGUYEN | 0.20 | 96.00 |
| 04/05/17 | Research federal case law addressing definition of "publication" under Section 101 of Copyright Act. | T. NGUYEN | 0.90 | 432.00 |



SMG Media, Inc.
M/C Partners
75 State Street, Suite 2500
Boston, MA 02109

| | | | | |
|---|---|---|---|---|
| 04/05/17 | Confer with Matt Williams re legal research re definition of "publication" under Section 101 of Copyright Act. | T. NGUYEN | 0.30 | 144.00 |
| 04/05/17 | Conduct follow-up research re federal case law addressing offer to distribute copyrighted material under Section 101 of Copyright Act. | T. NGUYEN | 1.10 | 528.00 |
| 04/05/17 | Draft summary of legal research re federal case law addressing publication of and offer to distribute copyrighted material under Section 101 of Copyright Act. | T. NGUYEN | 0.70 | 336.00 |
| 04/07/17 | Discovery planning for completing case discovery and depositions and expert discovery. | M. WILLIAMS | 0.30 | 190.50 |
| 04/10/17 | Call with M. Williams; call with client representatives ▓Redaction▓ ▓ | C. LEPERA | 0.40 | 298.00 |
| 04/10/17 | Draft and serve second sets interrogatories. | M. WILLIAMS | 1.60 | 1,016.00 |
| 04/11/17 | Serve interrogatories. | M. WILLIAMS | 0.20 | 127.00 |
| 04/12/17 | Emails with S. Blackwell ▓Redaction▓ ▓ | M. WILLIAMS | 0.20 | 127.00 |
| 04/18/17 | Emails with Matt Williams regarding court conference tomorrow. | C. LEPERA | 0.10 | 74.50 |
| 04/18/17 | Call with Liebowitz re status conference (.2); draft protective order (.7); review court order re teleconference (.1); draft email to S. Blackwell ▓Redaction▓ (.8); prepare for status conference (.2). | M. WILLIAMS | 2.00 | 1,270.00 |

 msk

SMG Media, Inc.
M/C Partners
75 State Street, Suite 2500
Boston, MA 02109

00038 48203
Invoice: 360139

May 10, 2017
Page 6

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 04/19/17 | Call with Matt Williams regarding his conference with Judge Peck and outcome; review **Redaction** to client. | C. LEPERA | 0.30 | 223.50 |
| 04/19/17 | Email to S. Blackwell (.1); Prepare for hearing (1.6); call and email to opposing counsel (.3); hearing (.7); **Redaction** to clients (.3); serve deposition notices (.4); object to Liebowitz deposition notice and review response letter (.5); consider calendaring of all cases (.2) | M. WILLIAMS | 4.10 | 2,603.50 |
| 04/19/17 | Conduct research re FRCP 30(b)(6) requirement that topics be designated in deposition notice directed to company. | T. NGUYEN | 0.30 | 144.00 |
| 04/19/17 | Review letter from opposing counsel re deposition notice and review/analyze legal authority cited therein. | T. NGUYEN | 0.60 | 288.00 |
| 04/19/17 | Research Second Circuit cases holding that scope of deposition is limited to topics designated in Rule 30(b)(6) notice. | T. NGUYEN | 0.40 | 192.00 |
| 04/20/17 | Emails with M. Williams/clients regarding **Redaction** . | C. LEPERA | 0.30 | 223.50 |
| 04/20/17 | Research and draft response letter objecting to deposition notice (1.8); email **Redaction** to SMG (.2); prepare motion for protective order and file (.8); call with SMG re **Redaction** (.6) | M. WILLIAMS | 3.40 | 2,159.00 |
| 04/20/17 | Confer with Matt Williams re research related to Rule 30(b)(6) deposition notice. | T. NGUYEN | 0.30 | 144.00 |



SMG Media, Inc.
M/C Partners
75 State Street, Suite 2500
Boston, MA 02109

00038 48203
Invoice: 360139

May 10, 2017
Page 7

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 04/21/17 | Review amended deposition notice (.1); email to Liebowitz re same (.1); █████ (.1); call with J. Watkins re █████ (.2) | M. WILLIAMS | 0.50 | 317.50 |
| 04/22/17 | Draft requests for admissions. | M. WILLIAMS | 0.50 | 317.50 |
| 04/23/17 | Prepare requests for admissions. | M. WILLIAMS | 0.90 | 571.50 |
| 04/24/17 | Email to S. Blackwell re █████ (.2); call with M. Singer █████ (.2); call with R. Liebowitz re settlement negotiation (.4); █████ for client (.1); service of requests for admissions (.2). | M. WILLIAMS | 1.30 | 825.50 |
| 04/25/17 | Review emails from M. Williams regarding case/discovery and timing. | C. LEPERA | 0.20 | 149.00 |
| 04/25/17 | Review discovery responses and █████ (.4); review documents █████ (.3); call with Blackwell and follow up emails (.9); prepare for motion to compel (.1). | M. WILLIAMS | 1.70 | 1,079.50 |
| 04/26/17 | Email to Guccione re fact investigation (.2); emails with S. Blackwell re █████ (.2); email to Liebowitz re discovery objections (.3); review Janik rogs and RFPs (.4). | M. WILLIAMS | 1.10 | 698.50 |
| 04/27/17 | Email to Liebowitz re location of deposition (.2); draft responses to document demands and interrogatories (2.8); prepare and call with B. Guccione and follow up (.5); email to client █████ (.1); emails with P. Hogan (.1). | M. WILLIAMS | 3.70 | 2,349.50 |

msk

SMG Media, Inc.
M/C Partners
75 State Street, Suite 2500
Boston, MA 02109

00038  48203
Invoice: 360139

May 10, 2017
Page 8

| 04/28/17 | Email S. Blackwell re [Redaction] (.2); prepare responses and objections to discovery (1.8). | M. WILLIAMS | 2.00 | 1,270.00 |

Total Fees:                                                                              $20,258.00

## Billing Summary

| Name | Hours | | Rate | | Fees |
|------|-------|---|------|---|------|
| C. LEPERA | 1.50 | hours at | $745.00 | = | 1,117.50 |
| M. WILLIAMS | 24.70 | hours at | $635.00 | = | 15,684.50 |
| T. NGUYEN | 7.20 | hours at | $480.00 | = | 3,456.00 |
| SUMMARY TOTALS | 33.40 | | | | 20,258.00 |

## Costs Advanced and In-House Services:

| 04/25/17 | Misc - Pacer Service Center - For services provided during the period of 1/1 - 3/31/17 | 15.80 | |
| 04/30/17 | Copying & Printing | 14.00 | |
| 04/30/17 | On Line Legal Research - Lexis | 99.50 | |

Total Costs:                                                                              $129.30

Total Fees & Costs:                                                                       $20,387.30



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

SMG Media, Inc.                               00038  48203-00001
M/C Partners                                  Invoice: 361486
75 State Street, Suite 2500
Boston, MA 02109                              June 6, 2017

**LEGAL SERVICES RENDERED** through May 31, 2017

Re:    Fran Janik and Steven Hirsch v. Spin Media LLC        70,046.50
       Disbursements and charges per attached                   431.89
                                                                        70,478.39

Subtotal - current charges:                                             70,478.39

Prior balance due:                                                       5,214.25

TOTAL DUE:                                                             $75,692.64


Outstanding Invoice (s):        Date          Invoice          Amount

                                05/10/17       360139          5,214.25



**Fran Janik and Steven Hirsch v. Spin Media LLC**

**Fees through May 31, 2017:**

| | | | |
|---|---|---|---|
| 05/01/17 | Finalize and send case budget (.3); finalize and serve discovery responses and emails with client (1.2); research facts and review documents for production and calls and emails with S. Blackwell and S. Andrieu-Delille Redacti (2.4); email to R. Pennachia re fact gathering (.2). | M. WILLIAMS | 4.10 | 2,603.50 |
| 05/02/17 | Review emails between Matt Williams and Richard L. regarding discovery matters. | C. LEPERA | 0.30 | 223.50 |
| 05/02/17 | Prepare to produce documents (.3). | M. WILLIAMS | 0.30 | 190.50 |
| 05/03/17 | Review emails with plaintiff counsel regarding discovery default. | C. LEPERA | 0.20 | 149.00 |
| 05/03/17 | Emails with opposing counsel re discovery objections (.2); emails with J. Watkins Redaction (.1). | M. WILLIAMS | 0.30 | 190.50 |
| 05/04/17 | Review letter to court and emails regarding plaintiffs failure to produce and revised settlement offer. | C. LEPERA | 0.50 | 372.50 |
| 05/04/17 | Emails to Liebowitz re motion to compel (.1); prepare for document production (.1); draft and file letter to court re motion to compel (2.0); call with S. Blackwell re Redaction (.5). | M. WILLIAMS | 2.70 | 1,714.50 |



SMG Media, Inc.
M/C Partners
75 State Street, Suite 2500
Boston, MA 02109

00038 48203-00001
Invoice: 361486

June 6, 2017
Page 3

| 05/05/17 | Emails with Matt Williams regarding case/strategy/discovery. | C. LEPERA | 0.60 | 447.00 |
|---|---|---|---|---|
| 05/05/17 | Research offer of judgment issue and ███████ (.8); call with clients re ███████ (.5); make document production (.4); emails to gather additional documents and facts (.2); emails with opposing counsel (.1); prepare for motion hearing (.3). | M. WILLIAMS | 2.30 | 1,460.50 |
| 05/06/17 | Emails with opposing counsel and clients re ███████. | M. WILLIAMS | 0.20 | 127.00 |
| 05/07/17 | Travel to NYC for hearing minus time worked (no charge). | M. WILLIAMS | 2.00 | NO CHARGE |
| 05/08/17 | Prepare for hearing including filing letter to oppose request for telephonic appearance and review of new discovery responses served that day and new document production (4.4); email to S. Blackwell re ███████ (.2); attend hearing (1.6); ███████ (.3); call with C. Lepera re same (.3); emails to opposing counsel re depositions and settlement (.2). | M. WILLIAMS | 7.00 | 4,445.00 |
| 05/08/17 | Return travel from hearing where work could not be done (no charge). | M. WILLIAMS | 2.50 | NO CHARGE |



SMG Media, Inc.
M/C Partners
75 State Street, Suite 2500
Boston, MA 02109

00038  48203-00001
Invoice: 361486

June 6, 2017
Page 4

| 05/09/17 | Call with Matt Williams to discuss and consideration of: damages analysis, settlement possibilities, sanction order, Peck hearing for Monday following production of information, strategy for preparation of 30(b)(6) witness. | C. LEPERA | 1.60 | 1,192.00 |
|---|---|---|---|---|
| 05/09/17 | Draft amended discovery responses (1.8); prepare additional document production (.4); review docket papers re default judgment motion in prep for handling Liebowitz request for payment (1.0); prepare for depositions (.3); calls with C. Lepera re settlement strategy and damages discovery (.5); emails with opposing counsel re settlement (.2). | M. WILLIAMS | 4.20 | 2,667.00 |
| 05/10/17 | Emails with Matt Williams, plaintiff counsel, and clients regarding ▮Redaction▮ ▮▮▮▮ (.5); consider strategy for same (.3). | C. LEPERA | 0.80 | 596.00 |
| 05/10/17 | Travel time to NY for depo where work could not be done (no charge). | M. WILLIAMS | 1.50 | NO CHARGE |
| 05/10/17 | Call with J. Watkins re ▮Redaction▮ ▮▮▮▮ (.4); emails with C. Lepera re settlement (.1); emails with Liebowitz (.3); prepare for Blackwell deposition (2.0). | M. WILLIAMS | 2.80 | 1,778.00 |



SMG Media, Inc.
M/C Partners
75 State Street, Suite 2500
Boston, MA 02109

00038 48203-00001
Invoice: 361486

June 6, 2017
Page 5

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 05/11/17 | Meeting with M. Williams to discuss potential settlement strategy (.2); emails with clients and M. Williams [Redaction] (.3); meeting with client SB in deposition preparation (.2); review emails from Plaintiff counsel regarding settlement and discovery (.2). | C. LEPERA | 0.90 | 670.50 |
| 05/11/17 | Prepare for S. Blackwell deposition (4.8); emails re settlement (.3); meetings with C. Lepera re same (.3). | M. WILLIAMS | 5.40 | 3,429.00 |
| 05/12/17 | Emails with Matt Williams regarding 30(b)(6) deposition of client (.2); emails with M. Williams and plaintiff counsel regarding settlement and conference with Judge Peck on Monday (.2). | C. LEPERA | 0.40 | 298.00 |
| 05/12/17 | Deposition of S. Blackwell (6.5); after meeting with Liebowitz (.3); [Redaction] (.1); emails with Liebowitz re depo scheduling (.1); initial review of document production (.3). | M. WILLIAMS | 7.30 | 4,635.50 |
| 05/12/17 | Travel time return to DC where work could not be done (no charge). | M. WILLIAMS | 2.00 | NO CHARGE |
| 05/13/17 | Emails with Liebowitz re settlement and discovery (.5); prepare for hearing (.5). | M. WILLIAMS | 1.00 | 635.00 |
| 05/14/17 | Emails with Matt Williams regarding strategy for hearing before Judge Peck and responses to Plaintiff counsel (.5); review email from Matt Williams regarding plaintiffs deficiencies in production/ interrogatory responses (.2). | C. LEPERA | 0.70 | 521.50 |



SMG Media, Inc.
M/C Partners
75 State Street, Suite 2500
Boston, MA 02109

| | | | | |
|---|---|---|---|---|
| 05/14/17 | Letter to judge re deficient discovery production (1.0); continued review of discovery production (.5); prepare for hearing (2.8). | M. WILLIAMS | 4.30 | 2,730.50 |
| 05/14/17 | Travel to NY for hearing where work could not be done (no charge). | M. WILLIAMS | 1.50 | NO CHARGE |
| 05/15/17 | Review email from Matt Williams regarding further hearing before Judge Peck summarizing same (.3); discuss with **Redaction** (.3); review retainer agreements produced today and emails from RL regarding same (.3). | C. LEPERA | 0.90 | 670.50 |
| 05/15/17 | Prepare for and attend hearing (2.5); emails summarizing same and deposition (.3); emails with Liebowitz (.3); call with C. lepera re developments (.3); assign research re voluntary dismissal to H. Junkerman (.2). | M. WILLIAMS | 3.60 | 2,286.00 |
| 05/16/17 | Discuss with Matt Williams Janik deposition prep (.5); review letter motion to dismiss without prejudice filed by plaintiffs (.3); discuss with Matt Williams opposition (.3); review associate email on law under Rule 41(a) (.3); review emails from Plaintiff counsel canceling depositions (.1); emails with clients **Redaction** (.1). | C. LEPERA | 1.60 | 1,192.00 |



SMG Media, Inc.
M/C Partners
75 State Street, Suite 2500
Boston, MA 02109

00038 48203-00001
Invoice: 361486

June 6, 2017
Page 7

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 05/16/17 | Conduct legal research regarding 41(a)(2) motion for voluntary dismissal without prejudice and draft email to M. Williams re same (1.6); review letter request motion for voluntary dismissal without prejudice filed by plaintiff (.3); review case law cited in motion for voluntary dismissal without prejudice (.5). | H. JUNKERMAN | 2.40 | 1,080.00 |
| 05/16/17 | Prepare for Janik deposition (4.5); respond to letter requesting voluntary dismissal (.6); research rule 37 sanctions for failure to appear in prep for motion opposition (1.3); review H. Junkerman research on rule 41 (.3). | M. WILLIAMS | 6.70 | 4,254.50 |
| 05/17/17 | Conduct legal research regarding factors for voluntary dismissal without prejudice in Federal Court (3.9); confer with M. Williams regarding letters to the court in response to motion for voluntary dismissal and sanctions (.2); review draft letters to the court (.3). | H. JUNKERMAN | 4.40 | 1,980.00 |
| 05/17/17 | Draft and file letters to court opposing voluntary dismissal and seeking sanctions. | M. WILLIAMS | 8.20 | 5,207.00 |
| 05/17/17 | Prepare for deposition and attend. | M. WILLIAMS | 2.50 | 1,587.50 |
| 05/18/17 | Review emails from opposing counsel and docket activity related to opposition to motion to dismiss and motion for sanctions (0.1). | H. JUNKERMAN | 0.10 | 45.00 |



SMG Media, Inc.
M/C Partners
75 State Street, Suite 2500
Boston, MA 02109

| | | | | |
|---|---|---|---|---|
| 05/18/17 | Prepare data for attorney review, forensically capture SPIN Magazine May 2010 digital version. | M. JACKSON | 2.00 | 530.00 |
| 05/18/17 | Prepare for Hirsch deposition (1.6); call with J. Peck clerk re conference scheduling (.2). | M. WILLIAMS | 1.80 | 1,143.00 |
| 05/18/17 | Meeting with Matt Williams and Hannah Junkerman re discovery schedule and upcoming case deadlines (0.2); confer with opposing counsel re Rule 26(f) conference (0.1); confer with Matt Williams re Rule 26(f) conference with opposing counsel (0.1). | T. NGUYEN | 0.40 | 192.00 |
| 05/19/17 | Return travel from NY where work could not be done (no charge). | M. WILLIAMS | 1.20 | NO CHARGE |
| 05/19/17 | Redaction review cases cited in plaintiffs letters re dismissal and sanctions to prepare for hearing (3.8). | M. WILLIAMS | 5.30 | 3,365.50 |
| 05/19/17 | Shepardize cases re voluntary dismissal without prejudice and confer with Matt Williams re same. | T. NGUYEN | 0.30 | 144.00 |
| 05/22/17 | Reviewing emails and/or discussions with Matt Williams regarding strategy. | C. LEPERA | 0.50 | 372.50 |
| 05/22/17 | Prepare for hearing. | M. WILLIAMS | 1.00 | 635.00 |
| 05/23/17 | Reviewing emails and/or discussions with Matt Williams regarding strategy. | C. LEPERA | 0.50 | 372.50 |
| 05/23/17 | Prepare for and attend hearing and Redaction . | M. WILLIAMS | 6.00 | 3,810.00 |



SMG Media, Inc.
M/C Partners
75 State Street, Suite 2500
Boston, MA 02109

| 05/23/17 | Travel time where work could not be done (no charge). | M. WILLIAMS | 0.90 | NO CHARGE |
|---|---|---|---|---|
| 05/24/17 | Reviewing emails and/or discussions with Matt Williams regarding strategy. | C. LEPERA | 0.50 | 372.50 |
| 05/24/17 | Review rules in the Southern District regarding timing for motion for attorneys fees (.2). | H. JUNKERMAN | 0.20 | 90.00 |
| 05/24/17 | Call with C. Lepera re settlement strategy and discovery developments (.5); email to S. Blackwell Redaction (.1); emails with opposing counsel re Janik dismissal (.2). | M. WILLIAMS | 0.80 | 508.00 |
| 05/25/17 | Reviewing emails and/or discussions with Matt Williams regarding strategy. | C. LEPERA | 0.50 | 372.50 |
| 05/26/17 | Reviewing emails and/or discussions with Matt Williams regarding strategy. | C. LEPERA | 0.50 | 372.50 |
| 05/26/17 | Conduct legal research regarding time limits for filing a motion for attorney's fees under Copyright Act (.4); review decisions by Judge Koeltl regarding awards of attorney's fees under Copyright Act (1.4). | H. JUNKERMAN | 1.80 | 810.00 |
| 05/26/17 | Redaction (.1). | M. WILLIAMS | 0.90 | 571.50 |
| 05/29/17 | Prepare for drafting attorneys fees motion (.2); Redaction (.2). | M. WILLIAMS | 0.40 | 254.00 |

 msk

SMG Media, Inc.                                         00038  48203-00001
M/C Partners                                            Invoice: 361486
75 State Street, Suite 2500
Boston, MA 02109                                        June 6, 2017
                                                        Page 10

| 05/30/17 | Redaction | C. LEPERA | 0.50 | 372.50 |
|---|---|---|---|---|
| 05/30/17 | Review case law related to motion for attorney's fees (.7); review sample motion for attorney's fees under the copyright act (.5); research federal rule related to taxable costs (.3). | H. JUNKERMAN | 1.50 | 675.00 |
| 05/30/17 | Redaction (.4); prepare for fees motion and email H. Junkerman with detailed drafting instructions (.7). | M. WILLIAMS | 1.10 | 698.50 |
| 05/31/17 | Redaction . | C. LEPERA | 0.50 | 372.50 |
| 05/31/17 | Review sample motion for attorney's fees under the copyright act (.8); review hearing transcripts (1.1); review discovery letters filed with the Court (.4); review case law regarding award of attorney's fees in the Southern District (.8). | H. JUNKERMAN | 3.10 | 1,395.00 |

Redaction

Total Fees:                                                     $70,046.50



SMG Media, Inc.
M/C Partners
75 State Street, Suite 2500
Boston, MA 02109

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|------|------:|---|-----:|---|-----:|
| C. LEPERA | 12.00 | hours at | $745.00 | = | 8,940.00 |
| M. WILLIAMS | 85.30 | hours at | $635.00 | = | 54,165.50 |
| T. NGUYEN | 0.70 | hours at | $480.00 | = | 336.00 |
| H. JUNKERMAN | 13.50 | hours at | $450.00 | = | 6,075.00 |
| M. JACKSON | 2.00 | hours at | $265.00 | = | 530.00 |
| | | | | | |
| SUMMARY TOTALS | 113.50 | | | | 70,046.50 |

**Costs Advanced and In-House Services:**

| 04/20/17 | Delivery Services - Richard Liebowitz, Valley Stream NY US 04/20/17 | 15.88 |
|---|---|---|
| 05/24/17 | Delivery Services - Abhishek Rampuria, M C Partners Spin Media Group, Los Angeles CA US 05/24/17 | 16.10 |
| 05/25/17 | Delivery Services - K Copeland, Mitchell Silberberg & Knupp LLP, Washington DC US 05/25/17 | 16.10 |
| 05/23/17 | Ground Transportation - M. Williams - Train from DC to NYC for Janik Discovery Hearing, 5/6/17 | NO CHARGE |
| 05/23/17 | Ground Transportation - M. Williams - Cab fare to Union Station for Janik Discovery Hearing in New York, 5/7/17 | NO CHARGE |
| 05/23/17 | Ground Transportation - M. Williams - Cab fare to court for Janik Discovery Hearing in New York, 5/8/17 | NO CHARGE |



SMG Media, Inc.
M/C Partners
75 State Street, Suite 2500
Boston, MA 02109

| | | |
|---|---|---|
| 05/23/17 | Ground Transportation - M. Williams - Cab fare from court to Penn Station to return to DC from Janik Discovery Hearing, 5/8/17 | NO CHARGE |
| 05/23/17 | Ground Transportation - M. Williams - Train returning from NYC to DC for Janik Discovery hearing, 5/8/17 | NO CHARGE |
| 05/23/17 | Lodging - M. Williams - New York for Janik Discovery Hearing, 5/7/17 | NO CHARGE |
| 05/22/17 | Deposition/Transcript of Southern District Reporters - Court Transcript, 2/24/17 | 175.56 |
| 05/15/17 | Service of Process - Metro Attorney Service Inc. - Richard P. Liebowitz, 4/24/17 | 160.00 |
| 05/31/17 | Copying & Printing | 48.25 |

Total Costs: $431.89

Total Fees & Costs: $70,478.39