UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRAN JANIK and STEVEN HIRSCH,<br><br>      Plaintiffs,<br>   v.<br><br>SMG MEDIA, INC.,<br><br>      Defendant. | CASE NO. 16-CV-07308-JGK-AJP<br><br>**DEFENDANT'S NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO 17 U.S.C. §§ 505 AND 1203** |

   PLEASE TAKE NOTICE THAT upon the accompanying Memorandum of Law, the Declaration of J. Matthew Williams, and the exhibits thereto, and the Declaration of Douglas Gold, all filed herewith, Defendant SMG Media, Inc., by their undersigned attorneys, pursuant to 17 U.S.C. §§ 505 and 1203, hereby moves for an order awarding Defendant its reasonable attorneys' fees and non-taxable costs.  In sum, the Copyright Act, in Sections 505 and 1203, allows district courts to award the "prevailing parties" in copyright infringement cases their "full costs," including attorneys' fees.  The Court dismissed Plaintiff Janik with prejudice on May 31, 2017, thereby rendering Defendant the prevailing party.  As the prevailing party, Defendant now asks the Court to order Plaintiff Janik to pay $50,631.00 in attorneys' fees and $255.24 in non-taxable costs.  The fees and costs incurred are explained in Exhibits to the Declaration of J. Matthew Williams, submitted herewith.

   WHEREFORE, Defendant respectfully requests that this Honorable Court enter an Order awarding Defendant the requested fees and costs.

8986321.1

DATED: Washington, D.C.
December 15, 2017

Respectfully submitted,

Mitchell Silberberg & Knupp LLP

By:   /s/ J. Matthew Williams
     J. Matthew Williams
     1818 N Street, NW, 8th Floor
     Washington, D.C. 20036-2406
     Telephone: (202) 355-7900
     Facsimile: (202) 355-7899

     Christine Lepera
     Hannah Junkerman
     12 East 49th Street, 30th Floor
     New York, NY 10017
     Telephone: (212) 509-3900
     Facsimile: (212) 509-7239

     *Attorneys for Defendant*