UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRAN JANIK and STEVEN HIRSCH,

      Plaintiffs,

  v.

SMG MEDIA, INC.,

      Defendant.

CASE NO. 16-CV-07308-JGK-AJP

### **[PROPOSED] ORDER**

After full consideration of the moving, opposition, and reply papers, the Court finds;

That Defendant is the prevailing party under 17 U.S.C. §§ 505 and 1203;

That the attorneys' fees and non-taxable costs requested by Defendant in the moving papers are reasonable; and

That Plaintiff Janik must pay Defendant the amount of $50,631.00 for attorneys' fees and $255.24 for non-taxable costs.

IT IS THEREFORE ORDERED:

That on this ___ day of _____, 201__, Defendant's Motion for Attorneys' Fees and Costs Pursuant to 17 U.S.C. §§ 505 and 1203 in its favor and against Plaintiff be, and hereby is, GRANTED in its entirety, and that Plaintiff Janik is to pay Defendant $50,631.00 for attorneys' fees and $255.24 for non-taxable costs..

_____
U.S. Magistrate Judge